E-FILED
Wednesday, 19 June, 2019  11:48:04 AM
Clerk, U.S. District Court, ILCD

**FILED**

JUN 1 9 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-_10029_ |
| | ) | |
| RICKY RAPP, | ) | VIO: Title 21, United States |
| TARYN LEE, | ) | Code, Sections 846, 841(a)(1), |
| and DANIEL HUDDLESTON, | ) | 841(b)(1)(A), and 841(b)(1)(C). |
| | ) | |
| Defendants. | ) | |
| | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**Count One**

**(Drug Trafficking Conspiracy)**

1.      Beginning in approximately May 2019, and continuing to on or about June 12, 2019, in Peoria County, in the Central District of Illinois and elsewhere, the defendants,

**RICKY RAPP,
TARYN LEE,
and DANIEL HUDDLESTON,**

did knowingly conspire with each other and others known and unknown to the grand jury to violate the laws of the United States, that is, to knowingly and

1

intentionally manufacture, distribute, and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2.      The conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about June 12, 2019, in the Central District of Illinois, the defendants,

**RICKY RAPP,**
**and DANIEL HUDDLESTON,**

did knowingly and intentionally possess 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with the intent to distribute,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2

## Count Three

### (Distribution of a Controlled Substance)

On or about June 10, 2019 in the Central District of Illinois, the defendant,

**TARYN LEE,**

did knowingly and intentionally distribute a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

## SPECIAL FINDINGS

In connection with the offenses set forth in Counts One and Two of this

Indictment, the following factors are relevant to determining the sentence of the

defendant, **DANIEL HUDDLESTON**, pursuant to Title 21, United States Code,

Section 851.

1. On or about November 10, 2011, the defendant was convicted in the
   Circuit Court of Tazewell County, Illinois, of the offense of Possession
   of 5 to 15 grams of methamphetamine, Case No. 11-CF-229, a Serious
   Drug Felony offense, and as a result:

   a. The defendant served a term of imprisonment of more than one
      (1) year; and,

3

b.  The defendant was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One and Two of this Indictment.

A true bill,

s/Foreperson

FOREPERSON

s/Adam W. Ghrist

John C. Milhiser
UNITED STATES ATTORNEY

awg

4