E-FILED
Wednesday, 24 July, 2019 04:19:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cr-10029 |
| ) | |
| DANIEL HUDDLESTON, ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT HUDDLESTON'S MOTION FOR ELECTRONIC REVIEW OF PRETRIAL DISCOVERY BY DEFENDANT IN A CORRECTIONAL FACILITY</u>**

NOW COMES Defendant DANIEL HUDDLESTON, by and through his attorney, HANAUER LAW OFFICE, LLC by ROBERT J. HANAUER, and in support of his Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility, states as follows:

1. Local Rule 16.2(B) of this Court provides in relevant part that pretrial discovery "shall not be given to, or left in the possession of, the defendant … "and that pretrial discovery "shall be kept in the possession and control of defense counsel or its agents at all times …."

2. Local Rule 16.2(D) further provides that "[t]he requirements of this Rule may be modified in a particular case for good cause shown upon written agreement of the parties or by order of the Court."

3. Defendant is currently detained at the Fulton County Jail pending disposition of this cause and a need exists for the electronic review of pretrial discovery by defendant. The parties agree the facility in which defendant is detained is suitably equipped to allow for defendant's electronic review of the pre-trial discovery and maintains personnel adequately trained to allow for that review in compliance with the protections of Local Rule 16.2 and the stipulations of the parties. Allowing defendant

the opportunity to electronically review the pre-trial discovery in this case pursuant to the terms and conditions of this motion, accompanying proposed order (attached to this Motion) and policies and procedures established by the United States and the Federal Public Defender's Office as well as with attorneys appointed under the Criminal Justice Act will expedite the resolution of this matter and will advance the interests of justice.

4. The parties agree and stipulate that any electronic review of the pre-trial discovery by defendant will be expressly conditioned on the following:

   a. the ongoing compliance at all times by defendant with the policies and procedures established by the United States Attorney's Office and the Federal Public Defender's Office as well as with attorneys appointed under the Criminal Justice Act; and

   b. the ongoing willingness of the correctional institution to afford defendant electronic access to the pre-trial discovery pursuant to the policies and procedures established by the United States Attorney's Office and the Federal Public Defender's Office as well as with attorneys appointed under the Criminal Justice Act.

5. The parties further agree that defendant's access to pre-trial discovery can be terminated by either party upon notice to the other, without cause or leave of Court.

WHEREFORE, Defendant DANIEL HUDDLESTON, prays that this Court enter an order permitting the electronic review of pretrial discovery by Defendant while detained consistent with this motion and proposed order.

**Dated:  7/24/2019**

                                              DANIEL HUDDLESTON, Defendant

                                              By:   s/ Robert J. Hanauer
                                              ROBERT J. HANAUER, ESQ.
                                                  Defendant's Attorney

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois   61602
Telephone:     (309) 637-5282
Facsimile:      (309) 637-5788

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2019, I electronically filed this **Defendant Huddleston's Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following:

Adam W Ghrist    adam.ghrist@usdoj.gov, CaseView.ECF@usdoj.gov, margo.l.scamp@usdoj.gov

L Lee Smith    lsmith@hinshawlaw.com, jharbison@hinshawlaw.com

Robert J Hanauer    rob@hanauerlaw.com, lindsey@hanauerlaw.com, patrick@hanauerlaw.com, shadow@hanauerlaw.com

Sharbel A Rantisi    srantisi@gmail.com, rantisiparalegal@gmail.com, rantisiparalegal2@gmail.com


                                          By:    s/ Robert J. Hanauer
                                                    ROBERT J. HANAUER, ESQ.
                                                          Defendant's Attorney



ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois   61602
Telephone:    (309) 966-4423
Facsimile:    (309) 966-4419