UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cr-10029 |
| ) | |
| DANIEL HUDDLESTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR ELECTRONIC REVIEW OF PRETRIAL DISCOVERY BY DEFENDANT IN A CORRECTIONAL FACILITY

Upon the motion of the Defendant, DANIEL HUDDLESTON, to allow in this cause the electronic review of pretrial discovery by Defendant while in a correctional facility pursuant to certain conditions and provisions agreed to by the parties, the Court orders as follows:

1. Good cause exists, pursuant to Local Rule 16.2(D), to allow the electronic review of pretrial discovery by Defendant while in a correctional facility as described below.

2. Defendant shall be afforded electronic access to pretrial discovery in this cause pursuant to the terms and conditions agreed to by the parties.

3. Defendant's electronic access to pretrial discovery in this cause is expressly conditioned on the following:

   a. the ongoing compliance at all times by Defendant with the policies and procedures established by the United States Attorney's Office and the Federal Public Defender's Office; and

   b. the ongoing willingness of the correctional institution to afford Defendant electronic access to the pretrial discovery pursuant to the policies and procedures established by the United States Attorney's Office and the Federal Public Defender's Office.

4. Defendant's access to pretrial discovery can be terminated by either party upon notice to the other, without cause or leave of Court.

1

5.  Notwithstanding the modifications of Local Rule 16.2(B)(3) and (4) effected by this Order, all other provisions of Local Rule 16.2 remain applicable to this cause.

Entered: _____

_____   United States District Judge

DANIEL HUDDLESTON, Defendant

By:    s/ Robert J. Hanauer
ROBERT J. HANAUER, ESQ.
       Defendant's Attorney