UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cr-10029 |
| DANIEL HUDDLESTON, | ) ) ) |
| Defendant. | ) |

**MOTION TO CONTINUE**

NOW COMES the Defendant, DANIEL HUDDLESTON, by his attorney, ROBERT J. HANAUER of HANAUER LAW LLC, and respectfully moves this Court to continue the Change of Plea setting of September 30, 2019 at 11:15 a.m., and states the following in support thereof:

1. That this Motion is in the interest of justice and not for the purpose of delay and is necessary for the proper representation of the Defendant;

2. That counsel for the Defendant received correspondence from Assistant US Attorney Ghrist on September 26, 2019 regarding the potential disposition of this case and the undersigned Counsel has not had the chance to discuss how to proceed with the Defendant after receiving the above-mentioned correspondence.

3. Accordingly, Defendant requests a short continuance to discuss same with counsel prior to deciding how to proceed.

4. The undersigned counsel contacted opposing counsel to determine whether opposing counsel has any objections to a short continuance of the Change of Plea hearing and opposing counsel has no objection to a short continuance.

WHEREFORE, Defendant, DANIEL HUDDLESTON, respectfully requests this Court for a short continuance of the Change of Plea hearing; and for any other relief that the Court deems necessary and equitable.

**Dated:  9/27/2019**

                          DANIEL HUDDLESTON, Defendant
                          By:     s/ Robert J. Hanauer
                          ROBERT J. HANAUER, ESQ.
                                Defendant's Attorney

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois   61602
Telephone:     (309) 637-5282
Facsimile:     (309) 637-5788

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2019, I electronically filed this **Motion to Continue** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Adam W Ghrist    adam.ghrist@usdoj.gov, CaseView.ECF@usdoj.gov, margo.l.scamp@usdoj.gov

L Lee Smith    lsmith@hinshawlaw.com, jharbison@hinshawlaw.com

Robert J Hanauer    rob@hanauerlaw.com, lindsey@hanauerlaw.com, patrick@hanauerlaw.com, shadow@hanauerlaw.com

Sharbel A Rantisi    srantisi@gmail.com, rantisiparalegal@gmail.com, rantisiparalegal2@gmail.com


                By:    s/ Robert J. Hanauer
                ROBERT J. HANAUER, ESQ.
                Defendant's Attorney


ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois 61602
Telephone:    (309) 966-4423
Facsimile:    (309) 966-4419