I met danny huddleston through his mother at church several years ago when he was a young man.

I have always been impressed as he grew into adulthood what a good worker he is. he is personality plus and has

excelled in his job as a salesman.

he has been a devoted father and has been very good with other young children as well.

danny has always been a good and caring person, ready to help others in need.

I've enjoyed  watching him grow up to be a fine young man.

he has been a blessing to me and others. .

I know first handed what a kind generous person he has been with his time,efforts and willingness to go out of his way

when someone needed help.

 betty cooper

a friend