January 19, 2020

Your Honor,

I am writing this letter on behalf of my nephew Daniel Huddleston. I hope to cast some positive light on his past personal lifestyle. Daniel is a kind and loving person who has unfortunately fallen in to a horrible affliction of drug addiction that has befallen a lot of our nation. Daniel has been a good father and person all of his life, I hope that you can see fit to grant him the opportunity to rehabilitate his life and not just through the prison judiciary system. He is a caring kind nephew as well as an asset to his comunity when he is going the right direction. He has in the past been a drummer for our local chuch as well as an upstanding member involved with the home chuch community. Daniel loves children and has a great sense of humor as well as pesonality.    Daniel has tried to remain drug free for himelf as well as his family, this includes his siblings as well as his mother.    I sincerely hope that you will take this letter into acount on Daniels behalf as I truy beleive that if given the right opportunity Daniel will excel and succeed in continuing to help others that have been afflicated with the horrible disease that he has endured.

Sincerely,

Cheryl Bird

Peoria, Il 61604

309-431-9035