To Whom this may Concern                    12/18/19

I am writing this letter on behalf of Danny Huddleston whom I worked with at Carwise in Peoria for several months. Danny is a very compassionate man who showed much concern for each & every customer he came in contact with. Danny was very easy to talk to & related very well to our client base. Danny always went above & beyond for what he believed was right & that was always appreciated by our staff & customers he serviced.

On a normal day Danny would play around telling jokes & imitating, keeping the atmosphere at work entertaining & enjoyable. Danny had a way of making everyone feel comfortable even in the most uncomfortable situations

— Everyone makes mistakes —

It is so sad hearing that Danny is in this current situation, However, I do not believe taking him away from his family & children long term will help rehabilitate him or be at all beneficial to his children in any way. There is a solution & consequences are evident

However I believe he has done So much more positive for the people around ~~him~~ Him then this Particular negative Issue can compare to.

I hope we find a solution to the problem. I pray The Solution is Not to Remove Daniel From his Childrens Lives and from the Lives of his Friends & Family that truly care. Please, Let's find another option! If not For any other Reason, the facts alone that We all have Imperfections & Everyone makes mistakes is What need to be Considered In this Long term - Life term decision.

Sincerely
Mia Clayton