UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-cr-10029 |
| DANIEL HUDDLESTON, | ) ) ) |
| Defendant. | ) |

## MOTION TO FILE UNDER SEAL

NOW COMES Defendant DANIEL HUDDLESTON, by and through his attorney, HANAUER LAW OFFICE, LLC by ROBERT J. HANAUER, and requests leave of the Court to file under seal a Character Letter that contains sensitive information.

WHEREFORE, Defendant DANIEL HUDDLESTON respectfully prays that this Honorable Court allow Defendant to file a character letter under seal.

**Dated: 3/03/2020**

DANIEL HUDDLESTON, Defendant

By:   s/ Robert J. Hanauer
ROBERT J. HANAUER, ESQ.
    Defendant's Attorney

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois   61602
Telephone:    (309) 966-4423
Facsimile:      (309) 966-4419

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2020, I electronically filed this **Motion to File Under Seal** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

      By:    s/ Robert J. Hanauer
      ROBERT J. HANAUER, ESQ.
      Defendant's Attorney

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
rob@hanauerlaw.com
456 Fulton Street, Suite 200
Peoria, Illinois   61602
Telephone:   (309) 966-4423
Facsimile:   (309) 966-441

2