FILED
JAN 2 9 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

01-25-21 E-FILED
Monday, 01 February, 2021 08:31:26 PM
Clerk, U.S. District Court, ILCD

19-10029

Records Clerk:

I am trying to obtain a copy of my federal judgement commitment sheet and a copy of my doc sheet. I was sentenced on March 3rd 2020 by Judge McDade. Can I please have a copy of both sent to this information

Daniel Huddleston #22814-026
United States Penitentiary Leavenworth
  PO Box 1000
Leavenworth, KS 66048

Thank you
Daniel Huddleston
1-25-21

KANSAS CITY 640
26 JAN 2021 PM 1 L

Peoria Federal Courthouse
Records Clerk
106 E Monroe St
Peoria IL 61602

Daniel Huddleston 22814-026

INMATE NAME AND NUMBER:
UNITED STATES PENITENTIARY LEAVENWORTH
P.O. BOX 1000
LEAVENWORTH, KS 66048

NOTICE:
Contents of this letter are from an inmate at a Federal Prison and UNCENSORED.

www.PrintablePaper.net