IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CR-10029 |
| v. | ) | |
| | ) | |
| RICKY RAPP, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION FOR LEAVE
## TO FILE UNDER SEAL

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney, and Katherine G. Legge, Assistant United States Attorney for the Central District of Illinois, respectfully requests leave of the Court to file under seal the Government's *Motion to Request Transcripts* in light of the confidential nature of the subject referenced in sealed motion.

Respectfully submitted,

UNITED STATES OF AMERICA

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By:   s/Katherine G. Legge
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: 309.671.7050
Fax: 309.671.7259

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, I filed a copy of the foregoing motion in the above captioned matter using the CM/ECF system, which will send notice of the filing to:

William Loeffel, Attorney for Taryn Lee
Robert Hanauer, Attorney for Daniel Huddleston
Robert Hills, Attorney for Ricky Rapp

*/s/ Michelle Kero*
Legal Assistant